# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 23, 2014

### NO. 03-13-00831-CV

**D. Houston, Inc. d/b/a Treasures, Appellant**

**v.**

**Texas Alcoholic Beverage Commission, and Sherry Cook, Administrator, Appellees**

**APPEAL FROM 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on November 12, 2013. D. Houston, Inc. d/b/a Treasures has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.